IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANIEL and ANITA DELGADO,  )
Individually and as next of friend of  )
E. and G. DELGADO, minor children,  )
                                                                                 )
      Plaintiffs,  )      Case No. 11-CV-00188 JCH-WDS
                                                                            )
v.  )
                                                                            )
GENUINE PARTS COMPANY,  )
                                                                            )
      Defendant.  )

**STIPULATED MOTION TO REMAND CASE TO STATE DISTRICT COURT**

COME NOW the parties, through counsel, and hereby jointly move this Court to remand this matter to the Second Judicial District Court, County of Bernalillo. As grounds for this motion, the parties states that they have negotiated a compromise resolution pertaining to venue. A Stipulated Order Remanding Case to State District Court is tendered to the Court concurrently with this Motion.

WHEREFORE, the parties stipulate and jointly move this Court to enter the Stipulated Order Remanding Case to State District Court, and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

MILLER STRATVERT P.A.

*Electronically Filed*

By: /s/ Todd A. Schwarz
    Todd A. Schwarz
    Attorneys for Defendant
    P. O. Box 25687
    Albuquerque, New Mexico  87125-0687
    Telephone:  (505) 842-1950
    Facsimile:  (505) 243-4408


By: /s/ F. Michael Hart    Approved 5/31/11
    F. Michael Hart
    Martinez, Hart & Thompson, P.C.
    1801 Rio Grande NW
    Albuquerque, NM 87104
    Telephone:  (505) 343-1776
    Facsimile:  (505) 344-7709

\\prolaw\proclient\010993-042180\pleadings\907179.doc