IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| DANIEL and ANITA DELGADO, Individually and as next of friend of E. and G. DELGADO, minor children, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 11-CV-00188 JCH-WDS |
| v. | ) ) | |
| GENUINE PARTS COMPANY, | ) ) | |
| Defendant. | ) | |

**STIPULATED ORDER REMANDING CASE TO STATE DISTRICT COURT**

THIS MATTER having come before the Court on the parties' Motion to Remand (Doc. 11), the parties have reached a stipulated agreement to remand the case to the Second Judicial District Court, County of Bernalillo, State of New Mexico, the Court finding good cause and being otherwise fully advised in the premises finds that the proposed stipulated remand is well-taken and should be granted.

IT IS THEREFORE ORDERED that the Clerk shall remand the case to the Second Judicial District Court, County of Bernalillo, New Mexico, by stipulation of the parties.

IT IS FURTHER ORDERED that no attorney's fees or costs shall be awarded in connection with the removal or the remand of this matter.

_____
HONORABLE JUDITH C. HERRERA
United States District Court Judge

Submitted and Approved by:

MARTINEZ, HART & THOMPSON, P.C.


<u>Approved via E-mail</u>            6/6/11
F. Michael Hart
Attorneys for Plaintiffs
1801 Rio Grande NW
Albuquerque, NM 87104
Telephone:  (505) 343-1776
Facsimile:  (505) 344-7709


MILLER STRATVERT P.A.


<u>Approved Electronically</u>            6/7/11
Todd A. Schwarz
Attorneys for Defendant
P. O. Box 25687
Albuquerque, New Mexico  87125-0687
Telephone:  (505) 842-1950
Facsimile:  (505) 243-4408


11cv188 Delgado v Genuine Parts Stip Order Remand .wpd